No. 78-173.   KING *v.* NORRIS.   Ct. App. La., 3d Dist.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.

No. 78-352.   WILLIAMS PIPE LINE CO. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir. Certiorari denied.   MR. JUSTICE POWELL would grant certiorari.